# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

October 27, 2026

*Before*

JOHN Z. LEE, *Circuit Judge*
DORIS L. PRYOR, *Circuit Judge*
NANCY L. MALDONADO, *Circuit Judge*

| | |
|---|---|
| No. 26-8020 | IN RE:<br>KALSHI INC. and KALSHIEX LLC,<br>Petitioners |
| **Originating Case Information:** | |
| District Court No: 3:25-cv-00698-wmc<br>Western District of Wisconsin<br>District Judge William M. Conley | |

The following are before the court:

1. **PETITION FOR PERMISSION TO APPEAL PURSUANT TO 28 U.S.C. § 1292(b)**, filed on September 21, 2026, by counsel for the petitioners.

2. **ANSWER IN OPPOSITION TO PETITION FOR PERMISSION TO APPEAL AND CROSS-PETITION**, filed on October 8, 2026, by counsel for the respondent.

3. **DEFENDANTS-PETITIONERS' MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF PETITION FOR PERMISSION TO APPEAL**, filed on October 12, 2026, by counsel for the petitioners.

4. **DEFENDANTS-PETITIONERS' OPPOSITION TO PLAINTIFF-RESPONDENT'S CROSS-PETITION AND PROPOSED REPLY IN SUPPORT OF PETITION FOR PERMISSION TO APPEAL**, filed on October 19, 2026, by counsel for the petitioners.

5. **ROBINHOOD'S RESPONSE IN OPPOSITION TO PLAINTIFF–RESPONDENT'S CROSS-PETITION PURSUANT TO 28 U.S.C. § 1292(b)**, filed on October 19, 2026, by counsel for Robinhood Markets, Inc. and Robinhood Derivatives, LLC.

**IT IS ORDERED** that the motion for leave to file a reply is **GRANTED**.

**IT IS FURTHER ORDERED** that Kalshi Inc. and KalshiEX LLC's petition for permission to appeal is **GRANTED**. The petitioners shall pay the required docket fees to the clerk of the district court within fourteen days from the entry of this order pursuant to Federal Rule of Appellate Procedure 5(d)(1). Once the district court notifies this court that the fees have been paid, the appeal will be entered on this court's general docket.

**IT IS FINALLY ORDERED** that Ho-Chunk Nation's cross-petition is **DENIED**.